UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEVAR MONTRELL DOUGLAS,<br>aka "Fatt Migo"<br>aka "G-Money"<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>**INDICTMENT**<br><br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(8)<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(A)(vi)<br>21 U.S.C. § 841(b)(1)(A)(viii)<br>21 U.S.C. § 846<br><br>**FORFEITURE ALLEGATIONS** |

**THE GRAND JURY CHARGES:**

### COUNT ONE
(Conspiracy to Distribute and to Possess with Intent to Distribute Fentanyl and Methamphetamine)

1. From approximately November 2022, through and including December 21, 2022, the exact dates being unknown to the Grand Jury, in the Southern District of Ohio and elsewhere, the defendant, **LEVAR MONTRELL DOUGLAS,** did knowingly, intentionally and unlawfully combine, conspire, confederate and agree with other individuals, both known and unknown to the Grand Jury, to distribute and possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly referred to as fentanyl, a Schedule II controlled substance; and 500 grams or more of a mixture or substance containing a detectible amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(vi) and 841(b)(1)(A)(viii).

## COUNT TWO
### (Felon in Possession of a Firearm)

2. On or about December 21, 2022, in the Southern District of Ohio, the defendant, **LEVAR MONTRELL DOUGLAS,** knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in or affecting interstate commerce, one or more firearms, specifically, a Smith & Wesson BG, .380 caliber pistol, bearing serial number KEV4466; and an FN FNX-45, .45 caliber pistol, bearing serial number FX3U125690, and ammunition.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

## COUNT THREE
### (Felon in Possession of a Firearm)

3. On or about December 21, 2022, in the Southern District of Ohio, the defendant, **LEVAR MONTRELL DOUGLAS,** knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in or affecting interstate commerce, one or more firearms, specifically, a Smith & Wesson M&P Shield, .45 caliber pistol, bearing serial number 45JDX5068; and a Glock model 43, .40 caliber pistol, bearing serial number GZG526, and ammunition.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

## COUNT FOUR
### (Felon in Possession of a Firearm)

4.  On or about December 21, 2022, in the Southern District of Ohio, the defendant, **LEVAR MONTRELL DOUGLAS,** knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in or affecting interstate commerce, one or more firearms, specifically, a Glock 26, 9mm pistol, bearing serial number NMZ171; and a Glock model 34, 9mm caliber pistol, bearing serial number EEE133US, and ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## COUNT FIVE
### (Felon in Possession of a Firearm)

5.  On or about December 21, 2022, in the Southern District of Ohio, the defendant, **LEVAR MONTRELL DOUGLAS,** knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in or affecting interstate commerce, one or more firearms, specifically, a Smith & Wesson 38 Special revolver bearing serial number 564346; and a Springfield XD, 9mm pistol, bearing serial number BB24983, and ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION A

6. The allegations of Count One of this Indictment is realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to 21 U.S.C. § 853(a)(1) and (2).

7. Upon conviction of the offense alleged in Count One of this Indictment, the defendant, **LEVAR MONTRELL DOUGLAS**, shall forfeit to the United States all right, title and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation, and/or any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission such violation, including but not limited to the following property seized on or about December 21, 2022:

    (a)    Approximately $10,020.00 in U.S. Currency seized from 5379 Winding Way, Apartment D, Columbus, Ohio;

    (b)    Approximately $6,954.00 in U.S. Currency seized from 1805 East 26th Avenue, Columbus, Ohio;

    (c)    Approximately $68,001.00 in U.S. Currency seized from 3978 Charter Oak Way, Columbus, Ohio.

**Forfeiture notice in accordance with 21 U.S.C. §853(a)(1) and (a)(2) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

## FORFEITURE ALLEGATION B

8. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

9. Upon conviction of any offense alleged in the Indictment, the defendant, **LEVAR MONTRELL DOUGLAS**, shall forfeit to the United States all firearms and ammunition involved in or used in such offense(s), including but not limited to: a Smith & Wesson BG, .380 caliber pistol, bearing serial number KEV4466; an FN FNX-45, .45 caliber pistol, bearing serial number

FX3U125690; a Smith & Wesson M&P Shield, .45 caliber pistol, bearing serial number 45JDX5068; a Glock model 43, .40 caliber pistol, bearing serial number GZG526; a Glock 26, 9mm pistol, bearing serial number NMZ171; a Glock model 34, 9mm caliber pistol, bearing serial number EEE133US; a Smith & Wesson 38 Special revolver bearing serial number 564346; a Springfield XD, 9mm pistol, bearing serial number BB24983; and all associated ammunition, all of which was seized on or about December 21, 2022.

Forfeiture notice in accordance with 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.

A TRUE BILL,

_____
**FOREPERSON**

**KENNETH L. PARKER**
**United States Attorney**

_____
**KEVIN W. KELLEY**
**Assistant U.S. Attorney**